1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10     CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

11
12
13
14
15   DONYETTE YVONNE CLARK,        ) ED CV 12-01195-RGK (SH)
                                    )
16                                  ) ORDER ACCEPTING REPORT AND
                   Petitioner,      ) RECOMMENDATION OF UNITED
17                                  )STATES MAGISTRATE JUDGE
                                    )
18       v.                         )
                                    )
19   D.K. JOHNSON,                  )
                                    )
20                 Respondent.      )
                                    )
21
        Pursuant to 28 U.S.C. Section 636(b)(1))(c), the court has reviewed the
22
   Petition, all of the records and files herein and the attached Report and
23
   Recommendation of the United States Magistrate Judge, and has made a <u>de</u> <u>novo</u>
24
   determination of the Report and Recommendation.  The court concurs with and
25
   accepts the conclusions of the Magistrate Judge.
26
        IT IS ORDERED that the Petition is  denied, and the action is dismissed with
27
   prejudice.
28

                                        1

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment herein by the

3  United States mail on petitioner and counsel for Respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED: February 21, 2013

7

8

9
    _____

10            R. GARY KLAUSNER
          UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28