JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| DONYETTE YVONNE CLARK, | ) ED CV 12-01195-RGK (SH) |
|  | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| D.K. JOHNSON, | ) |
| Respondent. | ) |

Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: February 21, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE